■ HELENA RADKOWSKI, Respondent, v. STANISLAW RADKOWSKI, Appellant. — In this action in which a judgment of the Supreme Court, Westchester County, was made on April 30, 1974, granting plaintiff a divorce, defendant appeals from so much of the judgment as awarded plaintiff a $3,500 counsel fee. At a conference in this court held on February 11, 1975, the parties, through their respective attorneys, entered into a written stipulation for modification of the judgment. In accordance with the stipulation, the judgment is modified (1) by reducing the award of the counsel fee to $2,500, which shall be paid as follows: one half paid within 10 days after entry of the order to be made hereon and the balance at the rate of $100 per month, commencing April 1, 1975, and continuing thereafter on the first day of each month, at the office of plaintiff's attorneys, Gainsburg, Gottlieb, Levitan & Cole, Esqs., 122 East 42nd Street, New York, N. Y. 10017; and (2) by further providing therein that, if the payments not be made as above set forth, the amount originally awarded, $3,500, will be reinstated. As so modified, judgment affirmed insofar as appealed from, without costs. Gulotta, P. J., Rabin, Hopkins, Martuscello and Benjamin, JJ., concur.

■ SIDNEY RAND, Respondent, v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., Appellant, et al., Defendant.— In this action for a judgment declaring that certain shares of stock are the property of plaintiff and directing that certificates therefor be transferred to plaintiff, defendant appeals from an order of the Supreme Court, Queens County, entered April 4, 1974, which (1) vacated a prior order that had been granted on default and (2) directed that plaintiff serve a bill of particulars. At a conference in this court held on January 6, 1975, respondent and appellant, through their respective attorneys, entered into a written stipulation in which they settled the action and agreed that the appeal is withdrawn. In accordance with the stipulation, the appeal is deemed withdrawn, without costs, and the County Clerk is directed to return to plaintiff the $5,000 on deposit with him, with interest, if any, which $5,000 was thus deposited pursuant to a court order. Gulotta, P. J., Rabin, Hopkins, Martuscello and Benjamin, JJ., concur.